UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ACCENT ON EYES CORP.

Civil No. 05-1169

vs.

Order of Reassignment

MARSH & McLENNAN
COMPANIES, INC.

It is on this 22ND day of February, 2007,

O R D E R E D  that the entitled action is reassigned from

JUDGE FAITH H. HOCHBERG  to JUDGE GARRETT E. BROWN, JR.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT