# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

JOHN A. PINDAR (1069)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM*
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. McAULEY
PETER J. PIZZI**
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. McBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. McGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF*
PATRICK J. HUGHES**
JAMES C. McCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER

CLARENCE SMITH, JR*
WILLIAM T. McCLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III*
DAREN S. McNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO**
MARC D. HAEFNER
JONATHAN P. McHENRY
JAMES P. RHATICAN**
MATTHEW W. BAUER*
BRAD D. SHALIT*
W. NEVINS McCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
BARBARA M. ALMEIDA*

COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JAMES E. MARX*
MICHAEL A. SHADIACK
OWEN C. McCARTHY
PATRICIA A. LEE**
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
MATTHEW J. GENNARO*
DANIELA R. D'AMICO*
DANIA BILLINGS MURPHY*
CHRISTINE I. GANNON*

PHILIP W. ALLOGRAMENTO III*
CATHERINE G. BRYAN*
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MICHAEL D. RIDENOUR
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
SARAH B. BLUMBERG*
STEPHEN D. KESSLER*
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
MELISSA T. ASTUDILLO*
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI JR.*
LEE B. WILSON
ANDREW B. BUCKMAN
JENNIFER E. CONSTANTINOU
CHRISTOPHER M. HEMRICK
SUSAN KWIATKOWSKI
MONICA SETH

PLEASE REPLY TO ROSELAND, N.J.

*ALSO ADMITTED IN NEW YORK
*ALSO ADMITTED IN PENNSYLVANIA

WRITER'S DIRECT DIAL

March 16, 2009

***VIA ELECTRONIC FILING AND FEDERAL EXPRESS***
Hon. Garrett E. Brown, Jr.
Chief Judge United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08698

Hon. Patty Shwartz
United States Magistrate Judge
United States District Court
District of New Jersey
U.S.P.O. & Courthouse Bldg., Room 477
P.O. Box 999
Newark, NJ 07101

Re:   **MDL No. 1663**
      ***In Re: Insurance Brokerage Antitrust Litigation (No. 04-5184) and***
      ***In Re: Employee-Benefit Insurance Brokerage Antitrust Litigation (No. 05-1079)***

Dear Chief Judge Brown:

We respectfully submit this joint status report, consisting of this letter and Attachment A hereto, for all of the actions in MDL No. 1663.  To prepare this joint report, we have communicated with counsel in the cases via the e-mail list serve established for this

2093759-01

MDL case, service@gcg.mdl1663.com, in addition to the following individual email addresses of counsel not part of the above list serve:

'rliddell@wellsmar.com'; 'fait@whafh.com'; 'levitt@whafh.com'; 'jgoldstein@sfmslaw.com'; 'fait@whafh.com'; 'levitt@whafh.com'; 'jgoldstein@sfmslaw.com'; 'martin@sparkman-zummach.com'; 'rbonsignore@aol.com'; 'mjacobs@njlegalink.com'; 'ldrurylaw@aol.com'; 'dharris@gbclaw.com'; 'jcohen@srkw-law.com'; 'russ.piccoli@mwmf.com'; 'rcrocker@vonbriesen.com'; 'rmparker@pbatyler.com'; 'george.haley@hro.com'; 'andrew.sjoblom@hro.com'; 'mchildress@cdglawyers.com'; 'foccipinti@somlaw.com'; 'gbailey@baileydawes.com'; 'Nicola.Tancredi@aol.com'; 'reidya@howrey.com'; 'abramsr@howrey.com'; 'djohns@wjnklaw.com'; 'mmiller@wjnklaw.com'; 'horst@khlawfirm.com'; 'johns@csgrr.com'; 'clovell@lshllp.com'; 'drees@jenner.com'; 'mbuchanan@jenner.com'

Should Your Honors have any questions or need anything further we are always available.

Respectfully submitted,

*Liza M. Walsh*

Liza M. Walsh

LMW/CIG/dag
cc:   All Counsel of Record (via service@gcg.mdl1663.com and emails listed above)

2

**ATTACHMENT A**
**CASES IN MDL NO. 1663**

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 04-5184 | Class | QLM Associates, Inc., *on behalf of itself and all others similarly situated*<br>v.<br>Marsh & McLennan Companies, Inc., Marsh Inc., Marsh USA Inc. and Seabury & Smith, Inc. d/b/a Marsh Advantage America | Lead commercial case; dismissal order on appeal. |
| 04-5743 | Class | Sunburst Hospitality Corporation, *on behalf of itself and all others similarly situated*<br>v.<br>Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. | Civil case terminated 3/6/2009. |
| 05-1064 | Class | Robert Mulcahy, *on behalf of himself and all others similarly situated*<br>v.<br>Arthur J. Gallagher & Co., Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Brokers Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, Inc., Willis Group Holdings Ltd., Willis Group Ltd, Willis North America, Inc., Universal Life Resources d/b/a ULR, Universal Life Resources, Inc. d/b/a ULR Insurance Services, Inc., Douglas P. Cox, Benefits Commerce, ACE Limited, ACE INA Holdings, Inc., ACE USA, American International Group, Inc., The Hartford Financial Services Group, inc., Munich American Risk Partners, Inc., American Re Corp., American Re-Insurance Co., The Munich Re Group, MetLife, Inc., UnumProvident Corp., St. Paul Travelers Cos., Inc., Prudential Financial, Inc., The Prudential Co. of America, Inc., and Zurich American Insurance, Co. d/b/a Zurich North America | Civil case terminated 3/6/2009. |

2093759-01

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 05-1079 | Class | MaryAnn Waxman, *on behalf of herself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., Seabury & Smith, Inc. (Delaware), Mercer Inc., Mercer Human Resource Consulting, Inc., Aon Corp., Aon Brokers Services, inc., Aon Risk Services Cos., Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, Inc. and MetLife, Inc. | Lead employee benefits case; dismissal order on appeal. |
| 05-1167 | Class | Eagle Creek, Inc., *on behalf of itself and all persons similarly situated* v. ACE INA Holdings, ACE USA, ACE Ltd., Marsh & McLennan Cos., Inc., Marsh Inc., American International Group Inc., The Hartford Financial Services Group, Inc., Aon Corp. and Aon Services Group | Civil case terminated 3/6/2009. |
| 05-1168 | Class | Opticare Health Systems, Inc., *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies Inc., Marsh Inc., Marsh USA Inc. (Connecticut), Aon Corp., Aon Brokers Services, Inc., Aon Risk Services Cos., Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, Inc., Willis Group Holdings Limited, Willis Group Limited and Willis North America, Inc. | To be administratively terminated. Consolidated into 04-5184 and 05-1079 per Consolidation Order No. 6 (Case No. 04-5184, Docket No. 182) 8/8/2005. |
| 05-1169 | Class | Accent on Eyes Corp., *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. | To be administratively terminated. Consolidated into 04-5184 and 05-1079 per Consolidation Order No. 6 (Case No. 04-5184, Docket No. 182) 8/8/2005. |

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 05-1214 | Class | Golden Gate Bridge, Highway and Transportation District, *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Brokers Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, inc., Willis Group Holdings Ltd., Willis Group Ltd., Willis North America, Inc., Universal Life Resources dba ULR, Universal Life Resources, Inc., dba ULR Insurance Services, Inc., Benefits Commerce, Douglas P. Cox, Arthur J. Gallagher & Co., ACE Limited, ACE INA Holdings, Inc., ACE INA, ACE USA, American International Group, Inc., Hartford Financial Group, Inc., Munich American Risk Partners, Inc., America Re-Insurance Co., Munich Reinsurance Co., MetLife, Inc., UnumProvident Corporation, St. Paul Travelers Cos., Inc., Zurich American Insurance Co. dba Zurich North America and National Financial Partners Corporation | Civil case terminated 3/6/2009. |
| 05-1368 | Class | The Procaccianti Group, *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Brokers Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, Inc., ACE Limited, ACE INA Holdings, Inc., ACE INA and ACE USA | Civil case terminated 3/6/2009. |
| 05-1793 | Class | David Boros, *on behalf of himself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Broker Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Group Services, Inc., Willis Group | Civil case terminated 3/6/2009. |

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Holdings Ltd., Willis Group Ltd., Willis North America, Inc., Universal Life Resources dba ULR, Universal Life Resources, Inc., dba ULR Insurance Services, Inc., Benefits Commerce, Douglas P. Cox, ACE Limited, ACE INA, ACE USA, American International Group, Inc., Hartford Financial Services Group Inc., MetLife Inc., UnumProvident Corporation, St. Paul Travelers Cos., Inc., Zurich American Insurance Co. dba Zurich North America and National Financial Partners Corporation | |
| 05-1794 | Class | Stephen Lewis, *on behalf of himself and all others similarly situated*<br>v.<br>Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Brokers Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group Int., Aon Group Services, Inc., Willis Group Holdings Ltd., Willis Group Limited, Willis North America, Inc., Arther J. Gallagher & Co., Acordia, Inc., Brown & Brown, Inc., Hilb, Rogal & Hamilton Co., BB&T Corp., Branch Banking & Trust Co., BB&T Insurance Services, Inc., U.S.I. Holdings Corp., HUB International Ltd., American International Group, Inc., ACE Limited, ACE INA Holdings, Inc., ACE USA, The Munich Re Group, American Re Group, American Re-Insurance Co. and Munich-American Risk Partners, Inc. | Civil case terminated 3/10/2009. |
| 05-1795 | Class | Diane Preuss, *on behalf of herself and all others similarly situated*<br>v.<br>Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Broker Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group Int., Aon Services Group, Inc., Willis Group Holdings Ltd., Willis Group Ltd., Willis North America, Inc., Arthur J. Gallagher & | Civil case terminated 3/10/2009. |

4

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Co., Wells Fargo & Co., Acordia, Inc., Brown & Brown, Inc., HILB, Rogal & Hamilton Co., BB&T Corp., Branch Banking & Trust Co., BB&T Insurance Services, Inc., U.S.I. Holdings Corp., HUB International Ltd., American International Group, Inc., ACE Limited, ACE INA Holdings, Inc., ACE USA., The Munich Re Group, American Re Corp., American Re-Insurance Co. and Munich-American Risk Partners, Inc. | |
| 05-1797 | Class | Clear Lam Packaging, Inc., *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., Marsh USA Inc., (Illinois), Aon Corporation, Aon Broker Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, Inc., Acordia, Inc., HUB International Ltd. and Arthur J. Gallagher & Co. | Civil case terminated 3/10/2009. |
| 05-1798 | Class | Redwood Oil Co., *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, Aon Broker Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Group, Inc., Aon Services Group, Inc., Willis Group Holdings Ltd., Willis Group Ltd., Willis North America, Inc., Universal Life Resources dba ULR, Universal Life Resources, Inc., dba ULR Insurance Services, Inc., Benefits Commerce, Douglas P. Cox, Arthur J. Gallagher & Co., ACE Limited, ACE INA Holdings, Inc., ACE INA, ACE USA, American International Group, Inc., Hartford Financial Services Group, Inc., Munich American Risk Partners, Inc., American Re-Insurance Co., Munich Reinsurance Co., MetLife Inc., UnumProvident Corporation, St. Paul Travelers Cos., Inc., Zurich American | Civil case terminated 3/10/2009. |

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Insurance Co. dba Zurich North America and National Financial Partners Corporation | |
| 05-1799 | Class | Glenn Singer, *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. | Civil case terminated 3/10/2009. |
| 05-1800 | Class | Bayou Steel Corporation, *on behalf of itself and all others similarly situated* v. ACE INA Holdings, ACE USA, ACE Ltd., Marsh & McLennan Companies, Inc., Marsh Inc., American International Group, Inc., The Hartford Financial Services Group, Inc., Aon Corporation and Aon Services Group | Civil case terminated 3/10/2009. |
| 05-1801 | Class | Priority Ultrasound Services, Inc., *on behalf of itself and all others similarly situated* v. Aon Corp., Aon Group, Inc., Aon Direct Group, Inc., Aon Services Group, Inc., Affinity Services Insurance, Inc., Healthcare Service Organization and John Does Subsidiaries 1-100 | Civil case terminated 3/10/2009. |
| 05-2255 | Class | Cellect LLC, *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., ACE Limited, ACE INA Holdings, Inc., ACE USA, American International Group, Inc., The Hartford Financial Services Group, Inc. and MetLife, Inc. | Civil case terminated 3/10/2009. |

6

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 05-2256 | Class | New England Regional Council of Carpenters - United Brotherhood of Carpenters and Joiners of America, *on behalf of itself and all others similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc., ACE Limited, ACE INA Holdings, Inc., ACE USA, American International Group, Inc., The Hartford Financial Services Group, Inc. and MetLife, Inc. | Civil case terminated 3/10/2009. |
| 05-2374 | Class | Dr. Robert H. Kimball, *individually and on behalf of those similarly situated* v. Marsh & McLennan Companies, Inc., Marsh Inc, Mercer Human Resource Consulting, Inc., Mercer Human Resource Consulting of Texas, Inc. | Civil case terminated 3/10/2009. |
| 05-3284 | Class | Sheldon and Estelle Langendorf, *on behalf of themselves and all others similarly situated* v. The Hartford Financial Services Group, Inc. and Property and Casualty Insurance Company of Hartford, *and others similarly situated* | Civil case terminated 3/10/2009. |
| 05-4046 | Individual Tag-Along Action | KLLM, Inc. v. Marsh USA, Inc., Marsh Inc., Marsh & McClennan Incorporated, Marsh & McClennan Companies, Inc., CV Starr & Company, and Insurance Company of the State of Pennsylvania | Civil case terminated 2/25/2009. Remanded by MDL Panel 12/4/2008. |
| 05-4047 | Class | Signum LLC, *individually and on behalf of all others similarly situated* v. Aon Corp., Aon Risk Services of the Carolinas Inc. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. |

7

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 05-4137 | Individual Tag-Along Action | Fortune Brands, Inc.*[1]<br>v.<br>Marsh Inc. and Marsh USA Inc. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. |
| 05-4573 | Individual Tag-Along Action | American Standard Inc. and American Standard Companies, Inc.*<br>v.<br>Marsh USA Inc. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions.<br><br>Defendant's motion to dismiss fully briefed; motion administratively dismissed 4/11/2007. |
| 05-5238 | Class | Palm Tree Computer Systems, Inc., Delta Research Institute, Inc., *on their own behalf and on behalf of all others similarly situated*<br>v.<br>ACE USA, ACE INA, American International Group, Aon Corporation, American Re-Insurance Company, Aon Brokers Services, inc., Aon Risk Services Companies, Inc., Aon Risk Services Ins. U.S., Aon Group, Inc., Aon Services Group, Inc., Arthur J. Gallagher & Co., Willis Group Holdings, Ltd., Willis North America, Inc., Willis Group, Ltd., Universal life Resources, universal life Resources, Inc. d/b/a ULR Insurance Services, inc., The Chubb Corporation, The Hartford Financial Services Group, Inc., Hartford Fire Insurance Company, Harford Insurance Co. of the Southeast, Harford Underwriters Ins. Co., USI Holdings, Inc., MetLife, Inc., Prudential Financial, Inc., First Market International, Inc., and UnumProvident Corporation | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions.<br><br>Plaintiffs' motion to remand fully briefed; motion administratively dismissed 4/11/2007. |

---

[1] In matters with an * plaintiffs counsel, Howrey LLP, has not joined in the description of the status.

8

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 05-5239 | Individual Tag-Along Action | KLLM, Inc.<br>v.<br>Marsh USA Inc., Discovery Managers Ltd., Discover Reinsurance Company, United States Fidelity and Guaranty Company, Marsh USA Inc. of Louisiana, United States Fidelity and Guaranty Specialty Insurance Company, Marsh & McLennan, Inc., Marsh, Inc. | Civil case (D.N.J.) to be terminated.<br><br>Remanded to transferor court by MDL Panel 12/1/2008. |
| 05-5290 | Individual Tag-Along Action | Delta Pride Catfish, Inc.<br>v.<br>Marsh USA, Inc., Marsh , Inc., Marsh & McLennan Incorporated, Hartford Steam Boiler Inspection & Insurance Company, Travelers Indemnity Company, Travelers Property Casualty Company of America, National Union Fire Insurance Company of Pennsylvania, RLI Insurance Company | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions.<br><br>Order dismissing AIG Defendants (Hartford Steam and National Union) with prejudice 5/1/2008. |
| 05-5533 | Class | Belmont Holdings Corp., *on behalf of itself and all others similarly situated*<br>v.<br>Marsh & McLennan Companies, Inc., Marsh Inc., Marsh USA Inc., Marsh USA Inc. (Connecticut), Seabury & Smith, Inc., Aon Corporation, Aon Broker Services, Inc., Aon Risk Services Companies, Inc., Aon Risk Services Inc. U.S., Aon Risk Services, Inc. of Maryland, Aon Risk Services, Inc. of Louisiana, Aon Risk Services of Texas, Inc., Aon Risk Services, Inc. of Michigan, Aon Group, Inc., Aon Services Group, Inc., Aon Re, Inc., Affinity Insurance Services, Inc., Aon Re Worldwide, Inc., Willis Group Holdings Limited, Willis Group Limited, Willis North America, Inc., Willis of New York, Inc, Stewart Smith Group, Willis Re Inc., Arthur J. Gallagher & Co., Arthur J. Gallagher Risk Management Service, Inc., Wells Fargo & Company, Acordia, Inc., Brown & Brown, Inc., Hilb, Rogal & Hobbs Company, BB&T Corporation, Branch Banking & Trust Co., BB&T Insurance Services, U.S.I. Holdings Corporation, | Civil case terminated 3/10/2009. |

9

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Summit Global Partners of Florida, Inc., USI Insurance Services of Florida, Inc., HUB International Ltd., American International Group, Inc., Lexington Insurance Company, American International Specialty Lines Insurance Co., Birmingham Fire Insurance Co. of Pennsylvania, American Home Assurance Co., National Union Fire Insurance Co. of Pittsburgh, PA, National Union Fire Insurance Co. of Louisiana, American International Insurance Co., The Insurance Company of the State of Pennsylvania, AIU Insurance Co., Commerce and Industry Insurance Co., New Hampshire Insurance Co., Hartford Steam Boiler Inspection and Insurance Co., ACE Limited, ACE INA Holdings, Inc., ACE USA, Inc., ACE American Insurance Co., Western Insurance Surplus Lines Co., Illinois Union Insurance Co., Indemnity Insurance Co. of North America, The Hartford Financial Services Group, Inc., Hartford Fire Insurance Co., Twin City Fire Insurance Co., Pacific Insurance Co. Ltd., Nutmeg Insurance Co., The Hartford Fidelity & Bonding Co., Munich Reinsurance Co., American Re Corporation, American Re-Insurance Co., American Alternative Insurance Corp., Munich-American Risk Partners, Inc., St. Paul Travelers Cos., Inc., St. Paul Fire & Marine Insurance Co., Gulf Insurance Co., St. Paul Mercury Insurance Co., Travelers Casualty & Surety Co. of America, Travelers Indemnity Company, Athena Assurance Co., Berkshire Hathaway Inc., Berkshire Hathaway Insurance Group, General Re Corporation, General Reinsurance Corp., Zurich Financial Services Group, Zurich American Insurance Co., Steadfast Insurance Co., Fidelity & Deposit Company of Maryland, Empire Fire & Marine Insurance Co., American Guarantee & Liability Insurance Co., Empire Indemnity Insurance Co., Assurance Company of America, The Chubb Corporation, Federal | |

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Insurance Co., Executive Risk Indemnity Inc., Vigilant Insurance Co., Crum & Forster Holdings Corp., United States Fire Insurance Co., Fireman's Fund Insurance Co., Chicago Insurance Co., National Surety Co., RLI Corporation, RLI Insurance Co., Mt. Hawley Insurance Co., XL Capital Ltd., Greenwich Insurance Co., Indian Harbor Insurance Co., CNA Financial Corp., The Continental Insurance Corp., American Casualty Co. of Reading, PA, Continental Casualty Co, Liberty Mutual Holding Company, Inc., Liberty Mutual Insurance Co., Liberty Mutual Fire Insurance Inc., Wausau Underwriters Insurance Co., Axis Specialty Insurance Co., Axis Surplus Insurance Co. and Axis Reinsurance Co. | |
| 05-5696 | Individual Tag-Along Action | Cameron Offshore Boats, Inc. v. Marsh USA Inc., Marsh & McLennan Companies, Inc., Navigators Insurance Services of Texas, Inc., and Navigators Insurance Company | Order dated 3/3/2009 lifted stay for limited purpose of MDL Panel issuing a suggestion of transfer to WDLA. |
| 05-5697 | Individual Tag-Along Action | Emerson Electric Co. v. Marsh USA Inc., Marsh & McLennan Companies, Inc., Marsh Inc., Joseph E. Lampen | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Plaintiffs moved to remand before transferor court and renewed motion in MDL on March 13, 2009. |
| 05-5698 | Individual Tag-Along Action | Slay Industries, Slay Transportation Co., Inc. v. Marsh & McLennan Companies, Inc., Marsh Inc., Marsh USA Inc., Mark A. Smith | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Plaintiffs moved to remand 3/9/2009. |

11

2093759-01

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 06-0593 | Individual Tag-Along Action | U-Haul Federal Credit Union; U-Haul International, Inc.; Amerco; Republic Western Insurance Co.; Oxford Life Insurance Co.; U-Haul Co. (Canada) Limited; U-Haul Co. of Oregon; U-Haul Co. of Florida; U-Haul Co. of Connecticut v. Marsh USA Inc., Marsh & McLennan Companies, Inc., Marsh Inc., John and Jane Doe Hansen, Joshau and Jane Doe Bewlay, Robert and Jane Doe Stearns, Kathryn and John Doe Winter, William and Jane Doe Gilman, Robert and Jane Doe Newhouse, and Jeffrey and Jane Doe Greenberg | Order dated 3/3/2009 lifted stay for limited purpose of suggesting MDL Panel transfer to D. Ariz. |
| 06-716 | Individual Tag-Along Action | Bensley Construction Inc. v. Marsh & McLennan Companies, Inc., Marsh, Inc., ACE USA, ACE INA, American International Group, American Re-Insurance Company, Arthur J. Gallagher & Co., Hilb Rogal & Hobbs, Company, Willis Group Holdings, Ltd., Willis North America, Inc., Willis Group, Ltd., Universal Life Resources, Universal Life Resources, Inc. (d/b/a/ ULR Insurance Services, Inc.), The Chubb Corporation, USI Holdings, Inc., Metlife Inc., Prudential Financial, Inc., Unumprovident Corporation, The St. Paul Travelers Companies, Inc., Zurich American Insurance Company, Liberty Mutual Group Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau and St. James Insurance Company Ltd. | Civil case terminated 3/3/2009. Plaintiff's notice of voluntary dismissal filed 6/22/2006. |
| 06-1555 | Individual Tag-Along Action | Marshall & Ilsley Corp. v. Marsh USA, Inc., Marsh & McLennan, and Marsh Inc. | Stipulation of dismissal with prejudice by plaintiff ordered 7/7/2008. |
| 06-3804 | Individual Tag-Along Action | International Risk Insurance Company, Huntsman Corporation, Huntsman Holdings, LLC, Huntsman LLC, Huntsman Advanced Materials LLC, Plaint Corporation (f/k/a Huntsman Packing Corporation), Air | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. |

12

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Liquide USA LLC, American Air Liquide Holdings, Inc., Air Liquide America L.P. (f/k/a Air Liquide America Corp.), Air Liquide Industries U.S. LP (f/k/a GAALTX, L.P. and AL Syngas Longview L.P.), American Air Liquide, Inc., AL America Holdings, LLC, John Baird and American Plumbing and Mechanical, Inc. v. Marsh & McLennan, Inc., Marsh USA, Inc., Marsh, Inc., Marsh Ltd. (London), J&H Marsh & McLennan of Utah, Inc., and Marsh USA Risk & Insurance Services, Inc., and Marsh Global Markets (Bermuda) Ltd. | Stipulation dismissing action as to American Plumbing & Mechanical, Inc. submitted 3/10/2009. Defendants' motion to dismiss fully briefed, motion administratively dismissed 1/24/2008. |
| 06-3844 | Individual Tag-Along Action | Sinclair Oil Corporation v. Marsh & McLennan Companies, Inc. and Marsh, Inc. | Stipulation of dismissal with prejudice ordered 7/7/2008. |
| 06-5120 | Individual Tag-Along Action | New Cingular Wireless Headquarters, LLC, as successor in interest to AT&T Wireless Services, Inc.; Tyson Foods, Inc.; Tyson Fresh Meat, Inc.; Tyson International Co., Ltd.; Foodbrands America, Inc.; Exelon Corporation; Unicom Corp.; Exelon Generation Company, LLC; Commonwealth Edison Co.; PECO Energy Company; American Energy Company LLC; Public Service Enterprise Group; Public Service Enterprise Group; Public Service Electric & Gas Co., Inc.; PSEG Resources, Inc.; Texas Independent Energy, LLP; and Texas Independent Energy Operating Co., LLC**[2] v. Marsh & McLennan Companies, Inc., Marsh Inc., Aon Corporation, American International Group Inc., American International Specialty Lines IC, American Home Assurance Co., Illinois National Insurance Co., Insurance Co. of the State of PA, Starr Excess Liability Insurance | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Plaintiffs' motion to substitute plaintiff filed; motion administratively dismissed 1/24/2008. Notice of voluntary dismissal of action as to Underwriters at Lloyd's organized as Syndicate Nos. 33, 9, 318, 435, 588, 623, 861, 1003, 1096, 1183, 1200, 1209, 1225, 1243, 1414, 2000, 2003, 2027, 2323 and 2623 filed December 4, 2006. Amended Complaint filed |

---

[2] In matters with ** plaintiffs counsel, Schopf & Weiss, has not joined in the description of the status.

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | International Limited, Lexington Insurance Company, National Union Fire Insurance Co. of PA, ACE Ltd., ACE American Insurance Co., ACE Bermuda Insurance Company, Ltd., ACE USA, Illinois Union Insurance Co., Pacific Employers Insurance Company, The Chubb Insurance Corporation, Federal Insurance Co., CNA Financial Corp., The Continental Insurance Co., Continental Casualty Co., Harford Financial Services Group Inc., Twin City Fire Insurance Co., Nutmeg Insurance Co., St. Paul Travelers Co., Inc., Travelers Casualty & Surety Co. of America, Gulf Insurance Co., St. Paul Mercury Insurance Co., Travelers Excess & Surplus Insurance, The Travelers Indemnity of America, Travelers Property Casualty Insurance Co., St. Paul Fire & Mar Insurance Co., Zurich American Insurance CO., American Guaranty & Liability, Zurich American of Illinois, Zurich Specialties London Limited, Empire Fire & Marine Insurance Co., Fidelity & Deposit Company of Maryland, XL Capital Ltd., XL Insurance Company Limited, XL Insurance America, Inc., XL Specialty Insurance Company, Greenwich Insurance Co., Fireman's Fund Insurance Co., Liberty Mutual Holding Company, Inc., Liberty Mutual Insurance Co., Great American Assurance Co., Limited, American Protection insurance Co., AWA Holdings, Allied World Assurance Company, American Alternative Insurance Corporation, Arch Capital Group, Arch Insurance Company, Arch Reinsurance Limited, Arch Specialty Insurance Co., Arch Insurance (Bermuda) Ltd., Commonwealth Insurance Company, Endurance Specialty Insurance Limited, Essex Insurance Company (DE), HCC Insurance Holdings, Houston Casualty Company, Liberty Insurance Underwriters Inc., Certain Underwriters at Lloyd's, London including Syndicates Nos. 0190 FRW, 0282 LSM, 1211 SPL, 1511 MEP, 2001 AML, 2020 | 1/5/07 that dropped plaintiffs Exelon Corporation, Unicom Corp., Exelon Generation Company, LLC, Commonwealth Edison Co., PECO Energy Company, and American Energy Company LLC.<br><br>Stipulation of dismissal as to Aetna Inc. filed 2/14/07/<br><br>Voluntary dismissal of action as to HCC Insurance Holdings, Inc. & Houston Casualty Co., Ltd.. 3/21/07<br><br>Voluntary dismissal of action as to Wurttembergishce Verscherung AG 3/26/07.<br><br>Notice of voluntary dismissal as to Great American Assurance Company filed on 4/10/07.<br><br>Voluntary dismissal of action as to Navigators Group Inc. ordered 5/21/07.<br><br>Voluntary dismissal of action as to Underwriters at Lloyd's organized and d/b/a Syndicate No. 3000 (MKL) and Essex Insurance Company ordered 6/6/2007.<br><br>Voluntary dismissal of action as to Essex Insurance Company ordered 6/14/07. |

14

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | WEL, 2488 AGM, 2791 MAP, 3000 MKL, 5000 SPL, Royal & Sun Alliance, Marine Insurance Company Limited, Wuerttembergische Versigherrungs A.G., Aetna, Inc., Factory Mutual Insurance Co., Lumbermens Mutual Casualty, Max Re Limited, Hartford Steam Boil I&I Co., and Navigators Group, Inc. | Stipulation dismissing AIG Defendants submitted 4/26/2008. |
| 06-5121 | Individual Tag-Along Action | Jack Thornell and Judy Thornell v. Marsh & McLennon Companies, Inc., Marsh, Inc., Marsh USA Inc. (Nevada), Marsh Placement Inc. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Did not request exclusion from Marsh settlement. Plaintiffs' renewed motion to remand (to Illinois state court) fully briefed as of 1/16/2007. |
| 06-6127 | Individual Tag-Along Action | The Heritage Corporation of South Florida v. National Union Fire Insurance Company of Pittsburgh, PA, Marsh & McLennan Companies, Inc., Marsh , Inc., Marsh USA, Inc., Marsh Risk Consulting, and American International Group, Inc. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Did not request exclusion from Marsh settlement. |
| 07-757 | Individual Tag-Along Action | Avery Dennison Corporation v. Marsh & McLennan Companies, Inc., Marsh Inc., Marsh USA Inc. d.b.a. Marsh Risk and Insurance Services, Hilb Rogal & Hobbs Co., d.b.a. Insurance Services Inc., ACE Limited, ACE INA Holdings, Inc., ACE USA, Inc., ACE American Insurance Co., American International Group, Inc., AIU Insurance Co., National Union Fire Ins. Co. of Pittsburgh, Pa., Liberty Mutual Holding Company, Inc., Liberty Mutual Insurance Co., Liberty Insurance Underwriters, Inc., Zurich Financial Services Group, Zurich | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. |

2093759-01

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | American Insurance Co., American Guarantee & Liability Insurance Co., St. Paul Travelers Companies, Inc., and St. Paul Fire & Marine Insurance Co. | |
| 07-2389 | Individual Tag-Along Action | Henley Management Company, Big Bear Properties, Inc., Northbrook Properties, Inc., RCK Properties, Inc., Kitchens, Inc., Aberfeldy LP, and Payroll and Insurance Group, Inc.* <br> v. <br> Marsh Inc., Marsh USA Inc., The Chubb Corp., Federal Insurance Co., Fireman's Fund Insurance Co., Zurich American Insurance Co., Great American Insurance Co., Liberty Mutual Insurance Co., American Guarantee and Liability Insurance Co., American International Group, Inc., National Union Fire Insurance Co. of Pittsburgh, St. Paul Travelers Co., Inc., St. Paul Guardian Insurance Co., St. Paul Mercury Insurance Co., St. Paul Fire and Marine Insurance Co., Travelers Property Casualty Co. of America f/k/a Travelers Indemnity Insurance Co. of Illinois, The Travelers Indemnity Co. f/k/a Gulf Insurance Co., Fidelity and Guaranty Insurance Co., ACE USA, Inc., Royal and SunAlliance Insurance Group plc, Arrowpoint Capital Corp., Royal Indemnity Co. f/k/a Royal Lloyd's of Texas and Royal Insurance Co. of America, CNA Financial Corp, The Continental Insurance Company f/k/a The Fidelity and Casualty Company of New York, Valley Forge Insurance Company, Continental Casualty Company, Transcontinental Insurance Company, American Bankers Insurance Group, Inc., AXA Art Insurance Corp., Commonwealth Insurance Co., The Hartford Financial Services Group, Inc., Affiliated FM, Arch Insurance Co., Kemper Auto and Home Group, Inc. and XL Winterthur International | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. <br><br> Voluntary dismissal without prejudice as to Royal and SunAlliance Insurance Group plc and American Bankers Insurance Group, Inc. filed 10/26/07. |
| 07-3315 | Individual Tag-Along Action | Foster Poultry Farms, Inc. <br> v. <br> Marsh & McLennan Companies, Inc., Marsh | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' |

16

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Inc., Marsh USA Inc., American International Group, Inc., American International Specialty Lines Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pennsylvania | 2/7/08 and 2/14/08 submissions.<br><br>Order granting dismissal with prejudice as to AIG Defendants 11/14/2008. |
| 07-4786 | Individual Tag-Along Action | Roadway Express, Inc., Reimer Express Lines, Ltd., Arnold Industries, Inc. v. Aon Risk Services Inc. of Ohio | Order dismissing case with prejudice 2/13/2008. |
| 07-5566 | Individual Tag-Along Action | Caterpillar, Inc. v. Aon Corp., Aon Risk Services of Illinois, Aon Re Global Inc. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. |
| 07-5736 | Individual Tag-Along Action | Sears, Roebuck & Co., Sears Holding Corporation, Kmart Corporation, Land's End, Inc.** v. Marsh & McLennan Companies, Inc., Marsh Inc., Marsh Global Broking Inc., Aon Corporation, American International Group, Inc., Illinois National Insurance Co., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, ACE American Insurance Company, ACE Bermuda Insurance Ltd., Chubb & Son, Inc., Chubb Atlantic Indemnity, Ltd., CNA Financial Corporation, Continental Casualty Company, The Hartford Financial Service Group, Inc., Twin City Fire Insurance Company, The Travelers Companies, Inc., Travelers Casualty & Surety Company of America, Gulf Insurance Company, Travelers Property Casualty Insurance Company, St. Paul Fire & Marine Insurance Company, XL Insurance (Bermuda) Ltd, XL America, Inc., XL Insurance America, Inc., XL Specialty Insurance Company, Liberty Mutual insurance Co., Liberty Mutual Group, American Alternative Insurance Corporation, Arch Capital Group (U.S.) Inc., | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions.<br><br>Notice of dismissal with prejudice filed as to CNA Defendants 4/17/2008.<br><br>Stipulation dismissing AIG Defendants with prejudice submitted 4/26/2008. |

17

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| | | Arch Capital Group Ltd., Arch Reinsurance Ltd., Endurance Specialty Insurance Ltd., HCC Insurance Holdings, inc., Liberty Insurance Underwriters Inc., Royal & Sun Alliance Insurance Agency, Inc., Royal and SunAlliance Insurance plc, The Marine Insurance Company Limited, Factory Mutual Insurance Company Max Re Ltd., Allianz SE, Fairfax Financial Holdings Limited, Federal Insurance Company, Great American Alliance Insurance Company, American International Companies, Great American Property Casualty Insurance Group, and Westchester Surplus Lines Insurance Company | |
| 08-235 | Class | Lincoln Adventures, LLC and Michigan Multi-King, Inc., *individually and on behalf of all others similarly situated* v. Those Certain Underwriters at Lloyd's, London, Member of Syndicates 0033, 0102, 0382, 0435, 0510, 0570, 0609, 0623, 0727, 0958, 1003, 1084, 1096, 1183, 1245, 1886, 2001, 2003, 2020, 2488, 2623, 2791, 2987 for the Underwriting Years at Issue, Marsh & McLennan Companies, Inc., Marsh Private Client Services, Marsh Limited, Aon Corporation, Aon Limited, Willis Group Holdings Limited, and Willis Limited | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Named plaintiffs did not request exclusion from Marsh settlement.  Issue as to notice. |
| 08-1106 | Class | Supreme Auto Transport LLC, *on behalf of themselves and all others similarly situated* v. Those Certain Underwriters at Lloyd's, London, Member of Syndicates 0033, 0102, 0382, 0435, 0510, 0570, 0609, 0623, 0727, 0958, 1003, 1084, 1096, 1183, 1245, 1886, 2001, 2003, 2020, 2488, 2623, 2791, 2987 for the Underwriting Years at Issue, Marsh & McLennan Companies, Inc., Marsh Private Client Services, Marsh Limited, Aon Corporation, Aon Limited, Willis Group Holdings Limited, Willis Limited, and John Does 1-100. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. Named plaintiff did not request exclusion from Marsh settlement. |

| Docket Number | Type of Case | Full Case Name | Status |
|---|---|---|---|
| 08-6381 | Individual Tag-Along Action | Consolidated Electrical Distributors, Inc., v. Marsh & McLennan Companies, Inc., Marsh Inc., Marsh Placement, Inc., Marsh USA, Inc., American International Group, Inc., AIG Commercial Insurance Group, Inc., National Union Fire Insurance Co., and AIG Excess Liability Insurance Co., Ltd. | Case stayed per 4/11/2007 order, 1/24/08 Court conference and the parties' 2/7/08 and 2/14/08 submissions. |

2093759-01